FRANCISZKA PISARSKA, as Administratrix, etc., of ANTHONY DYBAS, Deceased, Appellant, v. FRANK SHERMAN, Respondent.— Judgment unanimously affirmed, with costs. McNamee, J., not voting.

ALBERT M. BANKER, Respondent, v. ROBERT IRVING CHAPAL and Another, Appellants.— Judgment unanimously affirmed, with costs. McNamee, J., not voting.

GEORGE A. MIERS, Respondent, v. JOSEPH J. HOY, JR., Appellant, Impleaded with Others.— Judgment unanimously affirmed, with costs. McNamee, J., not voting.

WILLIAM A. QUAY, Respondent, v. FRED C. REUTER, Appellant.— Judgment unanimously affirmed, with costs. McNamee, J., not voting.

SMITH YOUNG, JR., Respondent, v. M. P. BERGLAS MANUFACTURING COMPANY, Appellant.— Judgment and order unanimously affirmed with costs. McNamee, J., not voting.

In the Matter of the Application of WALTER A. OSTRANDER, Petitioner, for a Certiorari Order against BERNE A. PYRKE, Commissioner of Agriculture and Markets, Respondent.— Determination confirmed, without costs. All concur, except Hill, J., who dissents and votes to annul determination and dismiss the charges. McNamee, J., not voting.

WILLIAM I. PURDY, as Administrator, etc., of KENNETH E. PURDY, Deceased, Respondent, v. HERMAN R. MOCH and ELMORE N. WAGAR (Sued as ELMER N. WAGAR), Appellants.— Judgment and orders unanimously affirmed, with costs. McNamee, J., not voting.

GRACE R. ADAMS, Respondent, v. CHARLES KILPATRICK, Appellant. CORNELIUS ADAMS, Respondent, v. CHARLES KILPATRICK and FAY S. ADAMS, Appellants. JOHN ADAMS, an Infant, by FAY S. ADAMS, Guardian ad Litem, Respondent, v. CHARLES KILPATRICK, Appellant.— Judgments and order unanimously affirmed, with costs in one action. McNamee, J., not voting.

WALLACE A. LOVE, as Administrator, etc., of RICHARD W. LOVE, Deceased, Appellant, v. CHARLES C. DONALD, Respondent.— Judgment affirmed with costs. All concur except Rhodes, J., who dissents and votes for reversal and a new trial. McNamee, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LUELLA SHORT, Respondent, v. ARTHUR DAVIS, Appellant.— Order of filiation unanimously affirmed, with costs. McNamee, J., not voting.

JOHN C. HOWARD and Others, as Executors and Trustees, etc., of GEORGE HALL, Deceased, Respondents, v. MATILDA LOUISE HALL, Appellant. Per Curiam. This is without prejudice to the right of the defendant to make application at the foot of the judgment to secure payment of the income from the trust fund provided in the will for her in accordance with the terms of said judgment. All concur. McNamee, J., not voting. Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Claim of MARY JACKSON, Respondent, against JACKSON KUMYSS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Per Curiam. The case presents a street risk. The claimant was working within the regular hours of her employment. The employer's report states that she was injured in her regular occupation. (See *Riley* v. *Standard Oil Co.*, 231 N. Y. 301.) All concur. McNamee, J., not voting. Award affirmed, with costs to the State Industrial Board.